AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,

           Plaintiffs

V.

Travelers Casualty and Surety Company of America,

           Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-12464 RWZ

TO: (Name and address of defendant)

    Travelers Casualty and Surety
      Company of America
    One Tower Square - 14CZ
    Hartford, CT  06183

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Gregory A. Geiman, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

NOV 22 2004
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: December 9th 2004

NAME OF SERVER (PRINT): Leland Sparks

TITLE: Indifferent Person

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Laurie Lebel, Paralegal / Travelers Casualty and Surety, One Tower Square Hartford CT.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | 40 | 40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 9 2004

Address of Server: 34 Connecticut Blvd. East Hartford CT.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure