UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND and MASSACHUSETTS LABORERS' DISTRICT COUNCIL,<br>　　　　　Plaintiffs<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br>　　　　　Defendant | C.A. No. 04-12464 RWZ |

**RULE 16.1 (D) JOINT STATEMENT**

The parties respectfully submit this Joint Statement in accordance with this Court's Order and Local Rule 16.1 (D).

**I.  DISPUTED ISSUES**

1.  What is the extent of defendant Travelers Casualty and Surety Company of America's ("Travelers") liability to Plaintiffs Paul McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al ("Funds")?

**II.  PROPOSED PRE-TRIAL SCHEDULE**

The parties propose the following deadlines in this matter:

Fact discovery deadline:　　　　　　　　June 1, 2005

| | |
|---|---|
| Expert discovery deadline (if necessary): | September 1, 2005 |
| Amendments to pleadings due: | June 1, 2005 |
| Dispositive Motions/Summary Judgment filed and served by: | August 15, 2005 |

**III.** **OTHER ELEMENTS**

    A.    The parties agree that a final pretrial conference shall be scheduled after all discovery is complete and a decision is rendered on summary judgment motion(s).

    B.    The parties do not consent to a trial by a magistrate judge.

    C.    The Funds' Certification is attached as Exhibit A. A signed copy of Travelers' Certification will be provided on or before the date of the Scheduling Conference.

    D.    The Funds presented a written settlement proposal to Travelers, and defense counsel will have conferred with their client on the subject of settlement prior to the Scheduling Conference and will be prepared to respond to the proposal at the Scheduling Conference.

    E.    The Funds have received payment on their Davis Bacon Act claim for contributions due on the Academy Homes job that is the subject of the above-captioned matter. That payment was in the amount of $23,018.63. Thus, the amount that remains in dispute in this matter is $15,746.35, representing $8,623.42 in unpaid fringe benefit contributions, $3,498.25 in interest, $1,724.68 in liquidated damages, and $1,450.00 in attorneys' fees and costs, all of which are due as set forth under the terms of the collective bargaining agreement to which

delinquent subcontractor ODF is signatory.

            Respectfully submitted,

            PAUL J. MCNALLY, as he is TRUSTEE,
            MASSACHUSETTS LABORERS'
            HEALTH AND WELFARE FUND, et al,

            By their attorneys,

            /s/ Gregory A. Geiman
            Anne R. Sills, Esquire
            BBO #546576
            Gregory A. Geiman, Esquire
            BBO #655207
            Segal, Roitman & Coleman
            11 Beacon Street, Suite #500
            Boston, MA  02108
            (617) 742-0208


            TRAVELERS CASUALTY AND SURETY
            COMPANY OF AMERICA,

            By its attorney,

            /s/ Charles A. Plunkett
            Charles A. Plunkett, Esquire
            BBO # 547714
            Vena, Riley, Deptula, LLP
            250 Summer Street
            Boston, MA  02210
            (617) 951-2400

Dated:  February 9, 2005

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the above Rule 16.1 (D) Joint Statement has been served by first class mail upon the defendant's attorney Charles A. Plunkett, Esquire at Vena, Riley, Deptula, LLP, 250 Summer Street, Boston, MA  02210 this 9th day of February, 2005.

            /s/ Gregory A. Geiman
            Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 03-189/rule161.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND and MASSACHUSETTS
LABORERS' DISTRICT COUNCIL,
        Plaintiffs

vs.

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,
        Defendant

C.A. No. 04-12464 RWZ

## CERTIFICATION

Plaintiffs and their counsel certify herein that they have conferred

(a) with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses --- for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS'
HEALTH AND WELFARE FUND, et al,

_____
By: Thomas Masiello, Administrator

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: February 9, 2005

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Certification has been served by first class mail, upon the defendant's attorney, Charles A. Plunkett, Esquire at Vena, Riley, Deptula, LLP, 250 Summer Street, Boston, MA 02210 this 9th day of February, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 03-189/certific-travelers.doc

2