UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND and MASSACHUSETTS LABORERS' DISTRICT COUNCIL,<br><br>    Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Defendant. | C.A. NO. 04-12464 RWZ |

## **DEFENDANT'S RULE 16.1 CERTIFICATION**

The undersigned counsel, on behalf of the Defendant, Travelers Casualty and Surety Company of America. ("Travelers"), hereby certifies that counsel has conferred with an authorized representative of Travelers regarding the following issues pursuant to Rule 16.1 of the Local Rules of the Massachusetts District Court:

1) the costs associated with defending and prosecuting the pending litigation matter and potential alternative courses of action; and

2) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                Respectfully submitted,
                TRAVELERS CASUALTY AND SURETY
                COMPANY OF AMERICA
                By its attorneys,

                Edward F. Vena, BBO# 508660
                Charles A. Plunkett, BBO#
                VENA, RILEY, DEPTULA, LLP
                250 Summer Street
                Boston, MA 02210
                (617) 951-2400

Travelers Casualty and
Insurance Company of America

Laurie Larson

Dated: February 8, 2005

## CERTIFICATE OF SERVICE

    I, Charles A. Plunkett, hereby certify that on February 16, 2005, I served a copy of the within by first class mail, postage prepaid to attorney for the plaintiff, Gregory A. Geiman, Segal, Rottman & Coleman, 11 Beacon St., Suite 500, Boston, MA 02108.

                Charles A. Plunkett