UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12464-RWZ

PAUL J. McNALLY, et al.

v.

TRAVEL CASUALTY AND SURETY COMPANY OF AMERICA

SCHEDULING ORDER

February 25, 2005

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Gregory A. Geiman, having appeared as counsel for plaintiffs Paul J. McNally, et al.; and Charles A. Plunkett, having appeared as counsel for defendant Travelers Casualty and Surety Company of America, the following action was taken:

1. The parties agree that the only issues to be decided are:

    a) the date of the last work performed

    b) the amount of damages, if necessary

2. All discovery shall be completed by April 29, 2005.

3. Also, by April 29, 2005, the parties shall notify the court whether the first issue is to be resolved by summary judgment or trial followed by an assessment of damages, if necessary.

|  |  |
|---|---|
| _____ DATE | /s/ Rya W. Zobel _____ RYA W. ZOBEL UNITED STATES DISTRICT JUDGE |