UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND and MASSACHUSETTS LABORERS' DISTRICT COUNCIL,
        Plaintiffs

vs.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,
        Defendant

C.A. No. 04-12464 RWZ

**STATUS REPORT**

    Pursuant to this honorable Court's Scheduling Order of February 25, 2005, the parties respectfully submit this Status Report and state as follows:

    1.    The parties have not been able to reach agreement as to the last date that work was performed on the relevant job, and as such, the timeliness of the Plaintiffs' claim under the Miller Act, 40 U.S.C. §270a *et seq.* Therefore, given this dispute of a material fact, the parties now wish to prepare for trial.

WHEREFORE, the parties respectfully submit this Status Report and inform this honorable Court that they wish to prepare for trial and request that a trial date be set after September 1, 2005.

        Respectfully submitted,

        PAUL J. MCNALLY, as he is TRUSTEE,
        MASSACHUSETTS LABORERS'
        HEALTH AND WELFARE FUND, et al,

        By their attorneys,

        /s/ Gregory A. Geiman
        Anne R. Sills, Esquire
        BBO #546576
        Gregory A. Geiman, Esquire
        BBO #655207
        Segal, Roitman & Coleman
        11 Beacon Street, Suite #500
        Boston, MA  02108
        (617) 742-0208


        TRAVELERS CASUALTY AND SURETY
        COMPANY OF AMERICA,

        By its attorney,

        /s/ Charles A. Plunkett
        Charles A. Plunkett, Esquire
        BBO # 547714
        Vena, Riley, Deptula, LLP
        250 Summer Street
        Boston, MA  02210
        (617) 951-2400

Dated:  April 29, 2005

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Status Report has been served by first class mail upon the defendant's attorney Charles A. Plunkett at Vena, Riley, Deptula, LLP, 250 Summer Street, Boston, MA  02210 this 29th day of April, 2005.

        /s/ Gregory A. Geiman
        Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 03-189/statusreport.doc

2