UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. MCNALLY ET AL
    Plaintiff

V.

                        CIVIL ACTION:04-12464-RWZ

TRAVELERS CASUALTY
    Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                         MAY 18, 2005

      The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

                                                                         By the Court,

                                                                         s/ Lisa A. Urso
                                                                         Deputy Clerk

30day.ord