UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND and MASSACHUSETTS LABORERS' DISTRICT COUNCIL,<br>            Plaintiffs<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br>            Defendant | C.A. No. 04-12464 RWZ |

## STIPULATION OF DISMISSAL

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al and Defendant Travelers Casualty and Surety Company of America stipulate herein, pursuant to Rule 41(a)(1), Fed.R.Civ.P., that this case is dismissed as to the Defendant, with prejudice and without costs.

                                  Respectfully submitted,

                                  PAUL J. MCNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND, et al,

                                  By their attorneys,

                                  /s/ Gregory A. Geiman
                                  Anne R. Sills, Esquire

        BBO #546576
        Gregory A. Geiman, Esquire
        BBO #655207
        Segal, Roitman & Coleman
        11 Beacon Street
        Suite #500
        Boston, MA  02108
        (617) 742-0208

        TRAVELERS CASUALTY AND SURETY
        COMPANY OF AMERICA,

        By its attorney,

        /s/ Charles A. Plunkett
        Charles A. Plunkett, Esquire
        BBO # 547714
        Vena, Riley, Deptula, LLP
        250 Summer Street
        Boston, MA  02210
        (617) 951-2400


Dated:  June 29, 2005


## CERTIFICATE OF SERVICE

    This is to certify that a copy of the above Stipulation of Dismissal has been served by first class mail upon the defendant's attorney Charles A. Plunkett, Esquire at Vena, Riley, Deptula, LLP, 250 Summer Street, Boston, MA  02210 this 29th day of June, 2005.

        /s/ Gregory A. Geiman
        Gregory A. Geiman, Esquire


GAG/gag&ts
ARS 6306 03-189/stipofdism.doc